U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

OCT 0 5 2011

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **STANLEY CHERMISE** | **CIVIL ACTION NO.: 11-737** |
| **VERSUS** | **JUDGE HAIK** |
| **WARDEN VIATOR; PHILLIP T. MILLER; JOHN MORTON; JANET NAPOLITANO; ERIC HOLDER** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, it is therefore **ORDERED, ADJUDGED, and DECREED** that the government's motion to dismiss (Doc. 12) be **GRANTED**, and that Cherisme's petitions for writ of *habeas corpus* (Docs. 1, 4) be **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** this the ____ day of October, 2011.

JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA